NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EARL THOMPSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7064

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1026, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

Earl Thompson moves for leave to file a motion out of time for a 45-day extension of time, until May 12, 2011, to file his opening brief out of time.

Upon consideration thereof,

THOMPSON v. DVA                                                        2

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

__APR 1 8 2011__          /s/ Jan Horbaly
       Date               Jan Horbaly
                          Clerk

cc:  Kenneth M. Carpenter, Esq.
     Elizabeth M. Hosford, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2011

JAN HORBALY
CLERK